# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EBONY BROWN

VERSUS

BERKSHIRE HATHAWAY HOMESTATE
INSRUANCE [sic]COMPANY,
ARTHUR WEATHERSPOON D/B/A
WEATHERSPOON TRUCKING,
DANIEL JOHNSON, AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY (IN ITS
CAPACITY AS
UNINSURED/UNDERINSURED
MOTORIST CARRIER)

NO.   2022 CW 0019

**APRIL 8, 2022**

---

In Re:   Berkshire Hathaway Homestate Insurance Company, Arthur
Weatherspoon d/b/a Weatherspoon Trucking, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 666793.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981)(*per curiam*) are not met.

**PMc**
**JEW**

**Theriot, J.,** concurs in part and dissents in part.  I would
grant the writ in part and deny the portion of plaintiff's
motion in limine as to evidence regarding plaintiff's attorney's
referral of plaintiff to her treating physicans.   See **Talbot v.
Elec. Ins. Co.,** 2017-299-SDD-EWD (M.D. La. Nov. 16, 2018), 2018
WL 8224789; **Gunn v. Robertson,** 2001-347 (La. App. 5th Cir.
11/14/01), 801 So.2d 555, 566, writs denied, 2002-0170, 2002-
0176 (La. 3/22/02), 811 So.2d 942.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT